**United States District Court**
For the Northern District of California

1
2
3
4
5
6                         UNITED STATES DISTRICT COURT

7                       NORTHERN DISTRICT OF CALIFORNIA

8

9   RTJ, INC.,                                    No. C-12-05838 DMR

10            Plaintiff(s),                        **ORDER VACATING CASE
                                                   MANAGEMENT CONFERENCE**
11        v.

12  SCIENERGY, INC.,

13            Defendant(s).
    _____/

14

15        The court is in receipt of the parties' notice of settlement  [Docket No. 24].   The Further

16  Case Management Conference previously scheduled for June 12, 2013 at 1:30 p.m.  has been

17  VACATED.  The parties shall submit a status report regarding the settlement of this matter by no

18  later than July 12, 2013**.**

19

20        IT IS SO ORDERED.

21

22  Dated:  June 3, 2013

23                                                _____
                                                  DONNA M. RYU
24                                                United States Magistrate Judge

25

26

27

28