UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RTJ, INC.,

        Plaintiff(s),

    v.

SCIENERGY, INC.,

        Defendant(s).

No. C-12-05838 DMR

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

The court is in receipt of the parties' notice of settlement [Docket No. 24]. The Further Case Management Conference previously scheduled for June 12, 2013 at 1:30 p.m. has been VACATED. The parties shall submit a status report regarding the settlement of this matter by no later than July 12, 2013.

IT IS SO ORDERED.

Dated: June 3, 2013

_____
DONNA M. RYU
United States Magistrate Judge