UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RTJ INC,

    Plaintiff(s),

  v.

SCIENERGY INC,

    Defendant(s).
_____/

No. C-12-05838 DMR

**ORDER RE PARTIES' STATUS REPORT**

The court has reviewed the parties' request to vacate the trial in light of a settlement, and to set a further status conference after August 2014, the date by which the parties anticipate the terms of the settlement will be fulfilled. [Docket No. 26.] The court is not inclined to keep the case open on the docket for such an extended period of time following settlement. The court's usual procedure is to close the case and, upon request of the parties, to maintain jurisdiction for purposes of enforcing the terms of the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994). The parties shall file a joint submission by **July 19, 2013** indicating whether this is an acceptable approach.

IT IS SO ORDERED.

Dated: July 12, 2013



_____
DONNA M. RYU
United States Magistrate Judge