UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RTJ INC,

        Plaintiff(s),

    v.

SCIENERGY INC,

        Defendant(s).

No. C-12-05838 DMR

**ORDER DISMISSING CASE WITH PREJUDICE**

This case is hereby DISMISSED WITH PREJUDICE. The court shall retain jurisdiction for the limited purpose of resolving disputes arising out of the parties' settlement agreement. *See* Docket No. 28.

The Clerk of the Court is directed to close the case file.

IT IS SO ORDERED.

Dated: July 22, 2013

_____
DONNA M. RYU
United States Magistrate Judge