**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10
11  RTJ INC,                                No. C-12-05838 DMR

12            Plaintiff(s),              **ORDER DISMISSING CASE WITH
                                          PREJUDICE**
13        v.

14  SCIENERGY INC,

15            Defendant(s).
    _____/
16
17        This case is hereby DISMISSED WITH PREJUDICE.  The court shall retain jurisdiction for

18  the limited purpose of resolving disputes arising out of the parties' settlement agreement.  *See*

19  Docket No. 28.

20        The Clerk of the Court is directed to close the case file.

21
22        IT IS SO ORDERED.

23
24  Dated:  July 22, 2013

25        _____
          DONNA M. RYU
26        United States Magistrate Judge

27
28